UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

QUIWANECA SPIKES,

                                        Plaintiff

        v.

LYNCH, et al.,

                                        Defendants

Case No. 2:25-cv-02041-CDS-MDC

**ORDER**

## I.    DISCUSSION

According to the Nevada Department of Corrections ("NDOC") inmate database, Plaintiff is no longer incarcerated, but she has not filed an updated address with the Court. Under Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. Loc. R. IA 3-1.

This Court gives Plaintiff until **June 22, 2026**, to file her updated address with this Court. Additionally, the Court denies the application to proceed *in forma pauperis* for prisoners (ECF No. 4-1 at 11-20) as moot because Plaintiff is no longer incarcerated. Plaintiff must file an application to proceed *in forma pauperis* by a non-prisoner, or pay the full filing fee of $405, by **June 22, 2026**.

## II.    CONCLUSION

It is therefore ordered that Plaintiff's application to proceed *in forma pauperis* for inmates (ECF No. 4-1 at 11-20) is **DENIED** as moot.

It is further ordered that Plaintiff has **until June 22, 2026**, to accomplish the following two items:

        1)    File her current address with the Court.

2)      Either pay the full $405 filing fee or file a fully complete application to proceed *in forma pauperis* for non-prisoners.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can provide the Court her current address and file a complete application to proceed *in forma pauperis* for non-prisoners or pay the required filing fee.

The Clerk of the Court is directed to send Plaintiff this Court's approved form application to proceed *in forma pauperis* for a non-prisoner with instructions.

DATED: May 22, 2026

_____
UNITED STATES MAGISTRATE JUDGE

- 2 -